NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GABRIEL TECHNOLOGIES CORPORATION, AND TRACE TECHNOLOGIES, LLC,**
*Plaintiffs-Appellants,*

v.

**QUALCOMM INCORPORATED, SNAPTRACK, INC., AND NORMAN KRASNER,**
*Defendants-Appellees.*

---

2013-1058

---

Appeal from the United States District Court for the Southern District of California in No. 08-CV-1992, Judge Anthony J. Battaglia.

---

## JUDGMENT

---

MICHAEL E. SALZMAN, Hughes Hubbard & Reed LLP, of New York, New York, argued for plaintiffs-appellants. With him on the brief was RONALD ABRAMSON. Of counsel was PETER A. SULLIVAN.

TIMOTHY S. TETER, Cooley LLP, of Palo Alto, California, argued for defendants-appellees. With him on the brief were JEFFREY S. KARR and LORI R. MASON, of Palo

Alto, California, and STEVEN M. STRAUSS, of San Diego, California.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 18, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |